**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  12−38768−KCF
                        Chapter:  7
                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Glenn Famous
   182 Applegatae Drive
   Hamilton Square, NJ 08690

Social Security No.:
   xxx−xx−0605

Employer's Tax I.D. No.:

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management** (Official Form B23) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management** (Official Form B23) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the

Bankruptcy Code.

☐  An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: September 24, 2013
JJW: gan

                                                       James J. Waldron
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-38768-KCF
Glenn Famous                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: gnau              Page 1 of 1                  Date Rcvd: Sep 24, 2013
                              Form ID: cscnodsc      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2013.
```
db         +Glenn Famous,    182 Applegatae Drive,    Hamilton Square, NJ 08690-1302
none       +Angela Famous,    182 Applegate Drive,    Hamilton, NJ 08690-1302
cr         +Bank Of America, N.A.,    Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,
             Suite 302,    Roseland, NJ 07068-1640
513542367  +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
513542369 ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
           (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
513542368  +Bk Of Amer,    Attn: Bankruptcy/MC: NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
513542374 ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
           (address filed with court:  Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195)
513542370  +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
513542373  +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
513542372  +Chase,    Po Box 24696,    Columbus, OH 43224-0696
513542378  +Hsbc Bank,    Hsbc Card Services / Attn: Bankruptcy De,    Po Box 5204,
             Carol Stream, IL 60197-5204
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: leah.bynon@usdoj.gov Sep 24 2013 22:01:07     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 24 2013 22:01:03      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
513542376  +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 24 2013 22:07:04      Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
513542381  +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 24 2013 22:01:30      Nco Fin /99,
             Po Box 15636,    Wilmington, DE 19850-5636
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513542377     House2
513542371     car payment
513542379     mtg1
513542380     mtg2
513542375   ##+Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                                 TOTALS: 4, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2013                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2013 at the address(es) listed below:
```
              Andrea Dobin    ecftrusteead@trenklawfirm.com,    NJ55@ecfcbis.com
              Bruce M. Sattin    on behalf of Unknown Role Type Angela  Famous bsattin@szaferman.com
              Jeanette F. Frankenberg    on behalf of Creditor    Bank Of America, N.A. cmecf@sternlav.com
              Joseph J Mania, III    on behalf of Debtor Glenn  Famous jmbanklaw@gmail.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
                                                                                              TOTAL: 5
```